**Opal CLARK, Appellant,**

v.

**Bill SWAN, Respondent.**

**No. WD 36099.**

Missouri Court of Appeals,
Western District.

Jan. 22, 1985.

Wilbur L. Pollard, Patrick Beeman, Norton, Pollard & Norton, Inc., Kansas City, for appellant.

H. Kent Desselle, Desselle, White, Allinder & Grate, Independence, for respondent.

Before CLARK, P.J., and SOMERVILLE and KENNEDY, JJ.

**ORDER**

PER CURIAM.

Appeal from trial court order overruling motion for new trial after jury verdict for respondent. Judgment affirmed. Rule 84.16(b).

All concur.

**Royce E. GILREATH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 35310.**

Missouri Court of Appeals,
Western District.

Jan. 22, 1985.

David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and SOMERVILLE and KENNEDY, JJ.

**ORDER**

PER CURIAM.

Appeal from denial of motion to vacate judgment and sentence under Rule 27.26.

Affirmed. Rule 84.16(b).

All concur.